AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DEBORAH UNGAR ETTINGER, State Bar No. 207763
dettinger@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
DANNIS WOLIVER KELLEY
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
LAFAYETTE SCHOOL DISTRICT
LAFAYETTE BOARD OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. & E.M., individually and on behalf of their minor son, C.M., <br> Plaintiffs, <br> v. <br> LAFAYETTE SCHOOL DISTRICT, LAFAYETTE BOARD OF EDUCATION, the CALIFORNIA DEPARTMENT OF GENERAL SERVICES (DGS), and WILL BUSH, as State Director for the California Department of General Services, <br> Defendants. | Case No. C09-04624 SI <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** <br><br> Complaint Filed: September 30, 2009 <br><br> First Amended Complaint Filed: <br> January 14, 2010 <br><br> Second Amended Complaint Filed: <br> June 28, 2010 |

WHEREAS, the parties received Notice re Further Case Management Conference on June 3, 2010 notifying the parties that the Case Management Conference was set for July 23, 2010 at 3:00 p.m.;

WHEREAS, Plaintiffs filed their Second Amended Complaint on June 28, 2010;

WHEREAS, Defendants' responsive pleadings were due on July 15, 2010;

WHEREAS, Defendants California Department of General Services and Will Bush filed a Notice of Motion and Motion to Dismiss Second Amended Complaint with Supporting Authorities on July 12, 2010 and calendared this motion for hearing on September 10, 2010;

1

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT; CASE NO. C09-04624 SI

SF 444733v1

WHEREAS, Plaintiffs have agreed to a one-day extension to July 16, 2010 for Defendants Lafayette School District and Lafayette Board of Education to file their responsive pleading;

WHEREAS, Defendants Lafayette School District and Lafayette Board of Education will file a responsive motion with the Court by July 16, 2010 and calendar this motion for hearing on September 10, 2010;

WHEREAS, the parties believe continuing the Case Management Conference is in the best interest of judicial economy as to allow the Court to hear and rule on Defendants' motions prior to the Case Management Conference.

**NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:**

1. The Case Management Conference shall be moved from July 23, 2010 at 3:00 p.m. to September 24, 2010 at 3:00 p.m. or other such other date as may be convenient for the Court.

2. The time within which Defendants Lafayette School District and Lafayette Board of Education has to respond to the Second Amended Complaint in this matter is extended to July 16, 2010.

Respectfully submitted,

DATED: July 16, 2010                    DANNIS WOLIVER KELLEY


By: _/s/ Deborah Ungar Ettinger_
AMY R. LEVINE
DEBORAH UNGAR ETTINGER
SARAH L. DANIEL
Attorneys for Defendants
Lafayette School District
Lafayette Board of Education

2

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT; CASE NO. C09-04624 SI

SF 444733v1

DANNIS WOLIVER KELLEY
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

DATED: July 16, 2010

By: /s/ Lina Foltz
LINA FOLTZ
Attorneys for Plaintiffs
M.M. & E.M., individually and on behalf of their son, C.M.

DATED: July 16, 2010

EDMUND G. BROWN
ATTORNEY GENERAL OF CALIFORNIA

By: /s/ S. Michele Inan
S. MICHELE INAN
Deputy Attorney General
Attorneys for Defendants
California Department of General Services and Will Bush

### [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that the Case Management Conference shall be re-scheduled for September 24, 2010 at 3:00 pm.

IT IS FURTHER ORDERED that the Defendant Lafayette School District and Lafayette Board of Education shall file its responsive pleading by July 16, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2010

_____
Judge Susan Illston
United States District Judge