IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M.M. & E.M.,
      Plaintiff,

v.

LAFAYETTE SCHOOL DISTRICT,
      Defendant.
_____/

corrected

No. C 09-04624 SI
**AND C-10-4223 SI**

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 3, 2011 at 3:00 p.m.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 16, 2011.

DESIGNATION OF EXPERTS: 3/9/12; REBUTTAL: 4/9/12.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 25, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by June 8, 2012;

      Opp. Due June 22, 2012;  Reply Due June 29, 2012;

      and set for hearing no later than July 13, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 2, 2012 at 3:30 PM.

JURY TRIAL DATE: October 15, 2012 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties agree to the following:
1.  September 9, 2011, last day to file & serve Motions to Supplement the record.
2.  November 18, 2011, last day to file & serve Motions for Summary Judgment on any IDEA issues
    (as distinguished from §504 Rehabilitation Act claims) with a hearing date of 1/14/12.  1/13/12
3.  February 10, 2012, dispositive motions on other issues, including §504 claims with a hearing date
    of 3/18/12.   3/16/12

The parties discussed one caveat to the November 18 2011 date for motions on the IDEA claims.  This is the last date by which such motions can be filed, and nothing precludes any party from bringing one or more motions for summary judgment prior to that date.  The same would be true of the February 10, 2012 date for other dispositive motions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/9/11

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California