AMY R. LEVINE, State Bar No. 160743
alevine@dwkesq.com
DEBORAH UNGAR ETTINGER, State Bar No. 207763
dettinger@dwkesq.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@dwkesq.com
DANNIS WOLIVER KELLEY
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

LOUIS A. LEONE, State Bar No. 099874
leonel@stubbsleone.com
KATHERINE A. ALBERTS, State Bar No. 212825
albertsk@stubbsleone.com
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
LAFAYETTE SCHOOL DISTRICT and
LAFAYETTE BOARD OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. & E.M., individually and on behalf of their minor son C.M., <br><br> Plaintiffs, <br><br> v. <br><br> LAFAYETTE SCHOOL DISTRICT, a Local Educational Agency and LAFAYETTE BOARD OF EDUCATION, <br><br> Defendants. | Case No. C 10-04223 SI [Consolidated with Case No. 3:09-cv-04624 SI] <br><br> [~~PROPOSED~~] ORDER GRANTING SETTING HEARING DATE FOR ALL MOTIONS FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE |

SF 556744v1

[PROPOSED] ORDER GRANTING SETTING HEARING DATE FOR ALL MOTIONS FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE
Case No. C 10-04223 SI (Consolidated with Case No. 3:09-cv-04624 SI)

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The hearing on Defendants' Motion for Partial Summary Judgment on Assessment Claims (jointly filed in C09-04264 SI and C10-04223 SI), Plaintiffs' Motion for Partial Summary Judgment on all IDEA Claims (filed in C09-04264 SI), Plaintiffs' Motion for Summary Judgment (filed in C10-04223 SI), and Defendants' Motion for Partial Summary Judgment on the Remaining IDEA Claims (filed in C10-04223 SI) shall be heard on January 13, 2012 at 9:00a.m.

2. For Plaintiffs' Motion for Partial Summary Judgment on all IDEA Claims (filed in C09-04264 SI), the opposition brief shall be filed no later than Monday, December 5, 2011 and the reply brief shall be filed no later than Monday, December 12, 2011.

3. For Plaintiffs' Motion for Summary Judgment (filed in C10-04223 SI), the opposition brief shall be filed no later than Friday, December 9, 2011 and the reply brief shall be filed no later than Monday, December 19, 2011.

4. For Defendants' Motion for Partial Summary Judgment on the Remaining IDEA Claims (filed in C10-04223 SI), the opposition brief shall be filed no later than Friday, December 9, 2011 and the reply brief shall be filed no later than Monday, December 19, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  11/23/11

Honorable Susan Illston
Judge of the United States District Court
Northern District of California