1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   M.M. & E.M.,                                No. CV 09-4624 and 10-04223

8          Plaintiffs,                          **JUDGMENT**

9      v.

10  LAFAYETTE SCHOOL DISTRICT,

11         Defendant.

12  _____/

13         In case CV 09-4624 SI, plaintiffs' motion for summary judgment on the issue of reimbursement

14  for Dr. Guterman's presentation of her assessment results at the March 2009 IEP meeting is GRANTED.

15  On all other issues, plaintiffs' motion is DENIED.  The District's motion for summary judgment is

16  GRANTED.   On the presentation-payment issue, the Order in OAH CASE NO. 200812016 is

17  REVERSED; on all other issues, the Order is AFFIRMED.

18         In case 10-4223, plaintiffs' motion for summary judgment on all issues is DENIED.  The

19  Districts' motion for summary judgment is GRANTED.  The Order in CONSOLIDATED OAH CASE

20  NO. OAH 2009040640/2009081105 is AFFIRMED IN FULL.

21         Judgment is entered accordingly.

22

23         **IT IS SO ORDERED AND ADJUDGED.**

24

25  Dated: March 8, 2012                         _____

26                                               SUSAN ILLSTON
                                                 United States District Judge

27

28

United States District Court
For the Northern District of California