*IT IS SO ORDERED*
*Judge Susan Illston*

AMY R. LEVINE, State Bar No. 160743
DANNIS WOLIVER KELLEY
275 Battery Street, Suite 1150
San Francisco, CA 94111
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

LOUIS LEONE, State Bar No. 099874
KATHERINE A. ALBERTS, State Bar No. 212825
STUBBS & LEONE
2175 North California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
LAFAYETTE SCHOOL DISTRICT and
LAFAYETTE BOARD OF EDUCATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. & E.M., individually and on behalf of their son, C.M.,<br><br>Plaintiffs,<br><br>v.<br><br>LAFAYETTE SCHOOL DISTRICT, a Local Educational Agency and LAFAYETTE BOARD OF EDUCATION, CALIFORNIA DEPARTMENT OF EDUCATION (CDE), and JACK O'CONNELL, as State Superintendent of Public Instruction for the State of California, the CALIFORNIA DEPARTMENT OF GENERAL SERVICES (DGS), and WILL BUSH, as State Director for the California Department of General Services<br><br>Defendants. | Case Nos. C09-04624 and C10-04223 SI<br><br>*[Remanded To The United States District Court By the Ninth Circuit Court of Appeals]*<br><br>**JOINT REQUEST TO SET CASE MANAGEMENT CONFERENCE** |

1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The Ninth Circuit Court of Appeals issued an Opinion in the appeal from these consolidated cases on September 16, 2014, and an Amended Opinion on October 1, 2014. The Amended Opinion remanded certain issues to the District Court for further consideration. Mandate returning this matter to this Court was subsequently issued on December 12, 2014. In addition, on April 7, 2015, the Ninth Circuit issued an Order transferring the Plaintiffs' motion for attorney's fees on appeal to the District Court pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Thus, there are no issues currently pending before the Ninth Circuit, and it is appropriate that proceedings in the District Court be resumed. The parties therefore jointly request that a case management conference be set for May 15, 2015, or such other date as may be available, in order to discuss with the Court various procedural issues with the Court and establish a new Case Management Order. Parties will submit a Joint Case Management Statement seven (7) calendars days before the Case Management Conference.

DATED: April 16, 2015                    DANNIS WOLIVER KELLEY


                                         By: /s/ Amy R. Levine
                                         AMY R. LEVINE
                                         Attorneys for Defendants
                                         LAFAYETTE SCHOOL DISTRICT
                                         and LAFAYETTE SCHOOL BOARD

DATED: April 16, 2015                    STUBBS & LEONE


                                         By: /s/Katherine A. Alberts
                                         KATHERINE A. ALBERTS
                                         Attorneys for Defendants
                                         LAFAYETTE SCHOOL DISTRICT
                                         and LAFAYETTE SCHOOL BOARD

2

JOINT REQUEST TO SET CASE MANAGEMENT CONFERENCE

DATED: April 16, 2015

By: _/s/Lina Foltz_
LINA FOLTZ
Attorneys for Plaintiffs
M.M. and E.M., individually and on behalf of their minor son C.M.

Dannis Woliver Kelley
275 Battery Street, Suite 1150
San Francisco, CA 94111

3

JOINT REQUEST TO SET CASE MANAGEMENT CONFERENCE

1  AMY R. LEVINE, State Bar No. 160743
   alevine@dwkesq.com
2  DANNIS WOLIVER KELLEY
   275 Battery Street, Suite 1150
3  San Francisco, CA  94111
   Telephone: (415) 543-4111
4  Facsimile: (415) 543-4384

5  LOUIS A. LEONE, Star Bar No. 099874
   leonel@stubbsleone.com
6  KATHERINE A. ALBERTS, State Bar No. 212825
   albertsk@stubbsleone.com
7  STUBBS & LEONE
   A Professional Corporation
8  2175 N. California Blvd., Suite 900
   Walnut Creek, Ca  94596
9  Telephone:  (925) 974-8600
   Facsimile:  (925) 974-8601
10
   Attorneys for Defendants
11 LAFAYETTE SCHOOL DISTRICT and LAFAYETTE
   BOARD OF EDUCATION
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| 16 M.M. & E.M., individually and on behalf of their minor son C.M., | Case No.  C10-04223 SI<br>[Consolidated with C09-04624] |
|---|---|
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| LAFAYETTE SCHOOL DISTRICT, a Local Educational Agency and LAFAYETTE BOARD OF EDUCATION, | |
| Defendants. | |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 275 Battery Street, Suite 1150, San Francisco, CA 94111. On the date set forth below I served the foregoing documents described as:

**JOINT REQUEST TO SET CASE MANAGEMENT CONFERENCE**

on plaintiffs by serving counsel of record electronically, having verified on the court's CM/ECF website that such counsel is currently on the list to receive emails for this case, and that there are no attorneys on the manual notice list.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on April 16, 2015, at San Francisco, California.

 /s/Deborah L. Hopkins
Deborah L. Hopkins